# PROCEEDING MEMO

Date: 12/20/2017   10:00 am

In re: Barry R. Henderson

Bankruptcy No. 15-20353-CMB
Chapter: 13
Doc. # 37

Appearances: Winnecour / Bedford / Pail / (Katz)

Movant(s): ~~Daniel R. White~~   Charles Zebley for Debtor

Respondents: ~~Laurence A. Mester~~

Creditor(s):   David Raphael for Wilmington

Nature of Proceeding: #37 Objection to Notice of Mortgage Payment Change

Additional Pleadings: Certificate of Service; #39 Response by Wilmington Savings Fund Society, FSB

Judge's Notes:   Per Mr. Zebley, there have been several servicers and they don't understand the calculation of mortgage payment, so they are requesting information from 2015 on and

Outcome:   denial of mortgage payment change. Per Mr. Raphael, this loan never had an escrow, the only reason for the escrow was because of the force-placed insurance; the taxes were never to be paid by the creditor. Before Jan. 30th Mr. White to meet with Mr. Mester or Mr. Raphael to attempt to resolve the matter. Cont'd to Feb. 14th at 11:00 a.m.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
12/21/17 10:11 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
    Debtor

Case No. 15-20353-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Dec 21, 2017  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2017.  
db        +Barry R. Henderson,   535 Breakiron Road Extension,   Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2017             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2017 at the address(es) listed below:  
      Celine P. DerKrikorian   on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
      Daniel R. White   on behalf of Debtor Barry R. Henderson dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
      James Warmbrodt   on behalf of Creditor   Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
      Joseph A. Dessoye   on behalf of Creditor   CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com  
      Laurence A. Mester   on behalf of Creditor   Wilmington Savings Fund Society, FSB lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
      Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
      Thomas Song   on behalf of Creditor   Trifera, LLC thomas.song@phelanhallinan.com  
                                      TOTAL: 8