## PROCEEDING MEMO

Date: 4/11/2018  11:00 a.m.

In re: Barry R. Henderson

Bankruptcy No. 15-20353-CMB
Chapter: 13
Doc. # 37

**Appearances:** Winnecour / ~~Pail~~ / ~~Katz~~

**Movant(s):** ~~Daniel R. White~~ Shawn Wright for Dan White on behalf of Debtor

**Respondents:** ~~Jason B. Schwartz~~ David Raphael for Carrington

**Creditor(s):**

**Nature of Proceeding:** #37 Continued Objection to Notice of Mortgage Payment Change

**Additional Pleadings:** #39 Response by Wilmington Savings Fund Society, FSB (filed previously)

**Judge's Notes:** Counsel is seeking 30 days to file a stipulation. Trustee does not need to be involved.
**Outcome:** Cont'd to May 16, 2018 at 11:00. If the stipulation is approved, the hearing will be cancelled.

_____  Motion is GRANTED  _____ Order entered
_____  Motion is DENIED _____ Order entered
_____  Motion WITHDRAWN
_____  Motion is DISMISSED       Order entered
_____  Reschedule for Proper Service
_____  Case DISMISSED        Order entered
_____  Parties to submit Order/Settlement/Stipulation by _____days
_____  CONTINUED MATTER:  _____for at least _____days (Court to Issue Order)
_____  to hearing date of _____
_____  ISSUE EVIDENTIARY HEARING NOTICE
_____  Discovery time needed _____ days
_____  Briefs to be filed:    Movant(s) brief due _____days
                   Respondent(s) brief due _____days
                   Trustee's brief due _____days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
4/12/18 8:51 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
     Debtor  

Case No. 15-20353-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Apr 12, 2018  
                      Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.  
db            +Barry R. Henderson,    535 Breakiron Road Extension,    Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                                                 TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2018 at the address(es) listed below:

         Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
         Daniel R. White    on behalf of Debtor Barry R. Henderson dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
         James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
         Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com  
         Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com  
                                                                                               TOTAL: 8