# PROCEEDING MEMO

**Date:** 5/16/2018  11:00 a.m.

**In re:** Barry R. Henderson

                                        Bankruptcy No. 15-20353-CMB
                                        Chapter: 13
                                        Doc. # 37

**Appearances:** ~~Winnecour / Pail / Katz /~~ DeSimone

**Movant(s):** ~~Shawn Wright~~ Dan White for Debtor

**Respondents:** ~~David Raphael~~

**Creditor(s):**

**Nature of Proceeding:** #37 Continued Objection to Notice of Mortgage Payment Change

**Additional Pleadings:** #39 Response by Wilmington Savings Fund Society, FSB (filed previously)

**Judge's Notes:**
**Outcome:** Per Dan White, he is seeking continuance while they wait for the accounting. Cont'd to June 20, 2018 at 10:00 a.m. Accounting must be supplied to Debtor's counsel by June 5, 2018.

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED_____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED  _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED  _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER:  _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:  Movant(s) brief due _____ days
                              Respondent(s) brief due _____ days
                              Trustee's brief due _____ days

                                                          Carlota M. Böhm
                                                          U.S. Bankruptcy Judge

FILED
5/16/18 4:04 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
    Debtor

Case No. 15-20353-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 16, 2018  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 18, 2018.
db          +Barry R. Henderson,    535 Breakiron Road Extension,    Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2018 at the address(es) listed below:

       Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
       Daniel R. White    on behalf of Debtor Barry R. Henderson dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
       James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
       Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com  
       Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
       Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com

                                                            TOTAL: 8