# PROCEEDING MEMO

**Date:** 6/20/2018  10:00 a.m.

In re: Barry R. Henderson

Bankruptcy No. 15-20353-CMB
Chapter: 13
Doc. # 37

**Appearances:** ~~Winnecour / Pail / Katz /~~ DeSimone

**Movant(s):** Daniel R. White  for Debtor

**Respondents:** ~~Laurence A. Mester~~ David Raphael for Wilmington Savings Fund

**Creditor(s):**

**Nature of Proceeding:** #37 Continued Objection to Notice of Mortgage Payment Change

**Additional Pleadings:** #39 Response by Wilmington Savings Fund Society, FSB (filed previously)

**Judge's Notes:**
**Outcome:**

Per Debtor's counsel, it appears there was an issue when mortgage was transferred between servicers. There was a new payment change filed and the one that was objected to is still there. Debtor's counsel still has not rec'd the accounting. Cont'd to July 18, 2018 at 10:00 a.m. Court will consider granting sanctions. The accounting must be provided ASAP. The Court will issue an order.

_____ Motion is GRANTED  _____ Order entered
_____ Motion is DENIED _____Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED        Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED         Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____days
_____ CONTINUED MATTER:   _____for at least _____days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:       Movant(s) brief due _____days
                                     Respondent(s) brief due _____days
                                     Trustee's brief due _____days

Carlota M. Böhm
U.S. Bankruptcy Judge

FILED
6/20/18 4:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
    Debtor

Case No. 15-20353-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jun 20, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2018.  
db         +Barry R. Henderson,    535 Breakiron Road Extension,    Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2018                                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2018 at the address(es) listed below:

        Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
        Daniel R. White    on behalf of Debtor Barry R. Henderson dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
        Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com  
        Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB    lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com  
                                                                                                                                                     TOTAL: 8