IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Bankruptcy No. 15-20353– CMB |
| Barry R. Henderon, | Chapter 13 |
| Debtor. | Related to Doc. Nos. 37, 39 & 48 |
| Barry R. Henderson, | |
| Movant, | |
| Vs. | |
| Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust A and Ronda J. Winnecour, Chapter 13 Trustee. | |
| Respondent. | |

## ORDER OF COURT

AND NOW, this **21st day of June, 2018**, upon consideration of the Objection (the "Objection") to Notice of Mortgage Payment Change filed by Barry R. Henderson (the "Debtor") and the Response filed by Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust A ("Wilmington") and after multiple hearings held, it is hereby **ORDERED, ADJUDGED, AND DECREED** that, on or before **July 10, 2018**, Wilmington must provide a complete loan history from 2015 to present, including details regarding the escrow account.

**IT IS FURTHER ORDERED** that Wilmington must advise the Court by **July 10, 2018** whether the Notice of Mortgage Payment Change filed on October 9, 2017 will be withdrawn.

1

**IT IS FURTHER ORDERED** that Wilmington must provide an explanation as to whether they are paying taxes and insurance on this loan.

**IT IS FURTHER ORDERED** that Wilmington must provide clarification as to whether there have been any missed tax payments that should have been paid from the escrow account.

**IT IS FURTHER ORDERED** that Wilmington must provide clear substantiation for the changes in the Debtor's escrow payment listed in the Notices of Mortgage Payment Change filed on October 9, 2017 **AND** May 15, 2018.

**IT IS FURTHER ORDERED** that Wilmington must provide an explanation of the annual escrow account disclosure statement attached to the Notice of Mortgage Payment Change filed on May 15, 2018, including, but not limited to, the "Anticipated Low Point Balance" and the "Required Balance."

**IT IS FURTHER ORDERED** that the Court will consider whether to award sanctions against Wilmington for its repeated failure to produce the loan history at the hearing on **July 18, 2018 at 10:00 a.m.**

**IT IS FURTHER ORDERED** that, since the Objection has been pending since November 2017, the Court will consider requiring the attendance of an officer of Wilmington at any future hearings.

FILED
6/21/18 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
United States Bankruptcy Judge

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
    Debtor

Case No. 15-20353-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Jun 21, 2018  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2018.  
db         +Barry R. Henderson,    535 Breakiron Road Extension,    Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2018 at the address(es) listed below:

        Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
        Daniel R. White    on behalf of Debtor Barry R. Henderson dwhite@zeblaw.com, gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com  
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
        Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com  
        Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com  
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
        Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com  
                                                                                                            TOTAL: 8