PROBER & RAPHAEL, A LAW CORPORATION
20750 Ventura Boulevard, Suite 100
Woodland Hills, CA 91364
P.O. Box 4365
Woodland Hills, CA 91365-4365
(818) 227-0100
(818) 227-0637 (facsimile)
cmartin@pralc.com
Authorized Agent for Secured Creditor
C.241-5770.NF

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| In Re: | Bk. No.: 15-20353-CMB |
|---|---|
| Barry R. Henderson,<br><br>Debtor. | **WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE** |

Secured Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A withdraws the Notice of Mortgage Payment Change filed on October 9, 2017, with respect to Court Claim No. 3-1 and the property described as 535 Breakiron Road Extension, Connellsville, PA 15425, as the Payment Change has been cancelled and is no longer valid.

Dated: July 6, 2018            By /s/ Bonni S. Mantovani
                                          BONNI S. MANTOVANI
                                          Authorized Agent for Secured Creditor

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, Marine Gaboyan, certify that I am a resident of the County aforesaid; I am over the age of 18 years and not a party to the within action; my business address is 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364.

On 7/6/2018, I served the within WITHDRAWAL OF NOTICE OF MORTGAGE PAYMENT CHANGE on all interested parties in this proceeding by placing true and correct copy thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Woodland Hills, California, addressed as follows:

Barry R. Henderson
535 Breakiron Road Extension
Connellsville, PA 15425

Daniel R. White
Zebley Mchalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

I certify under penalty of perjury that the foregoing is true and correct.

Executed on 7/6/2018 at Woodland Hills, California.

/s/ Marine Gaboyan