Form 410

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Barry R. Henderson**
  Debtor(s)

Bankruptcy Case No.: 15–20353–CMB
Related to Dkt. No. 55
Chapter: 13
Docket No.: 56 – 55
Concil. Conf.: January 24, 2019 at 11:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **December 24, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 7, 2019,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 24, 2019** at **11:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 8, 2018

Carlota M. Bohm
United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689−4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                              Case No. 15-20353-CMB
Barry R. Henderson                                                                  Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel            Page 1 of 2           Date Rcvd: Nov 08, 2018
                         Form ID: 410          Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 10, 2018.
```
db            +Barry R. Henderson,    535 Breakiron Road Extension,    Connellsville, PA 15425-6345
cr            +Wilmington Savings Fund Society, FSB, et al,    1600 South Douglass Road,
               Anaheim, CA 92806-5948
14035804      +Bayview Loan Servicing, LLC, a Delaware Limited Li,    4425 Ponce de Leon Boulevard,
               Coral Gables, FL 33146-1837
14519832      +CLEARSPRING LOAN SERVICES, INC.,    18451 N. DALLAS PARKWAY, SUITE 100,    DALLAS, TX 75287-5209
13990751       Columbia House DVD Club,    P.O. Box 91601,    Rantoul, IL 61866-8601
13990752       First National Bank of PA,    4140 East State Street,    Hermitage, PA 16148-3487
13990753       Phelan Hallinan, LLP,    One Penn Center Plaza @ Suburban Station,
               1617 John F. Kennedy Blvd.--Suite 1400,    Philadelphia, PA 19103-1814
13990754     #+Trident Asset Manageme,    53 Perimeter Ctr E Ste 4,    Atlanta, GA 30346-2230
14704983      +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
               1600 South Douglass Road,    Anaheim, CA 92806-5948
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14019492       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 09 2018 02:38:46
               American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK 73124-8838
13990750      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Nov 09 2018 02:31:45
               Bayview Loan Servicing,    4425 Ponce De Leon Boulevard--5th Floor,
               Coral Gables, FL 33146-1837
14223843      +E-mail/Text: bncmail@w-legal.com Nov 09 2018 02:31:29      Trifera, LLC,
               c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,    Seattle, WA 98121-3132
13990755      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 09 2018 02:30:25
               Verizon,    Attn: Bankruptcy,    500 Technology Drive,    Weldon Spring, MO 63304-2225
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
cr             Wilmington Savings Fund Society FSB as trustee of
cr             Wilmington Savings Fund Society, FSB
cr*           +CLEARSPRING LOAN SERVICES, INC.,    18451 N. DALLAS PARKWAY,   SUITE 100,
               DALLAS, TX 75287-5209
cr*           +Trifera, LLC,    c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
                                                                                 TOTALS: 3, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 8, 2018 at the address(es) listed below:
```
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Barry R. Henderson dwhite@zeblaw.com,
               gianna@zeblaw.com;dwhite.zmw@gmail.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com
              Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
```

```
District/off: 0315-2          User: jhel                 Page 2 of 2          Date Rcvd: Nov 08, 2018
                              Form ID: 410               Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
                                                                                                           TOTAL: 8