UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No.  15-20353-CMB |
| | : | |
| Barry R. Henderson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Barry R. Henderson, | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| No Respondents. | : | |

## NOTARIZED AFFIDAVIT

Before me the undersigned authority personally appeared Debtor's counsel, Daniel R. White, who being duly sworn deposes and states as follows:

1.  Debtor's current mailing address is: 535 Breakiron Road Extension, Connellsville, PA 15425.

2.  Debtor failed to comply with the current plan payment of $1,371 due to a temporary reduction of income.

3.  Attached hereto is documentary proof that Debtor has made payments totaling $3,800 since the filing of the Certificate of Default.

_____
Daniel R. White

Sworn to before me this

20th  day of December, 2018

_____
Notary Public

My commission expires:

Commonwealth of Pennsylvania - Notary Seal
Lyndie Quigley, Notary Public
Fayette County
My commission expires May 16, 2022
Commission number 1283676
Member, Pennsylvania Association of Notaries



**13Network**

Enter Case Number, Name, Social Security Number, or @1st Address Line: [_____] Go 🖉 🖉

ZEBLEY LAW OFFICES     **Case Query**                                                                    **LogOut Now**

**PROFILE** | **PARTIES** | **PAY SCHEDS** | **PAYEES** | **FINANCIALS** | **MATTERS** |

Recently

| 15-20353CMB | BARRY R. HENDERSON | (xxx-xx-6934) | 535 BREAKIRON ROAD EXTENSION • • CONNELLSVILLE • PA • 15425 | $1,000.00 MO/$371.00 MO/ | Ba |
| | | | | | Co |
| 🖨 | Trustee: Ronda J. Winnecour | | Attorney: DANIEL R WHITE ESQ | | Ca |

Print Page 🖨     Printer Friendly 🖨

## FINANCIAL SUMMARY - CASE 15-20353

ACH PROGRAM paying **$1,000.00** MONTHLY for BARRY R. HENDERSON
BARRY R. HENDERSON paying **$371.00** MONTHLY

| Receipts | Rcpts/Deb Refunds | Disbursements | Adjustments | Trustee Disb | Trustee Adj | Show All |

Limits: [Select Start Date ▾]  [Select Claim ID ▾]  [Select Payee Name ▾]      Check Status: Cleared Stale Dated Stop Payment Cancelled Voided Outstanding

| Date | Payee | Payee Name | Source / Check | Description | Receipts | Disbursements | Balance |
|------|-------|-----------|----------------|-------------|----------|---------------|---------|
| 12/6/2018 | | | 20834692102 11-27-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 12/4/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 11/14/2018 | | | 752713 11/10/18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $900.00 | | |
| 11/5/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 10/4/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 9/4/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 8/6/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 7/5/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 7/3/2018 | | | 20787264587 6-28-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $742.00 | | |
| 6/4/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 5/4/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 4/4/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 3/5/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 3/1/2018 | | | 1077223 2-22-18 | MONEY ORDER/PAYMENT TO DEBTOR ACCT | $371.00 | | |
| 2/5/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |
| 1/4/2018 | | | 13-49626 | DEBTOR ACH PAYMENT (1 DISB HOLD) | $1,000.00 | | |

Ronda J. Winnecour - Pittsburgh, PA          **Your Chapter 13 Information Management System**          ©2004  BSS LLC.