## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
1/25/19 3:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

| | |
|---|---|
| Debtor: | BARRY R. HENDERSON |
| Case Number: | 15-20353-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 24, 2019 11:00 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**Matter:**

#55 - Trustee's Certificate of Default to Dismiss
+Affidavit by Debtor
R / M #:  55 / 0

**Appearances:**

Debtor: White
Trustee: Winnecour / ~~Pai~~ / Katz / ~~DeSimone~~
Creditor:

*Debtor to file amended plan to address post-petition RE TAXES*

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ ~~Plan~~/Motion continued to _____ at _____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by 2/21/19
   Objections are due on or before 3/21/19
   A hearing on the Amended Plan is set for 3/28/19 at 1:00 pm
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*(Escrow in mortgage per PCN)*

1/18/2019 10:53:42AM