IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| Barry R. Henderson, | : | Case No. 15-20353 CMB |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| | : | Hearing Date and Time: July 24, 2019, |
| | : | aT 10:00 a.m. |

### CERTIFICATE OF SERVICE OF DEBTOR'S REQUEST FOR STATUS CONFERENCE AND ORDER DATED JULY 1, 2019,  SCHEDULING A STATUS CONFERENCE

I, Daniel R. White, Attorney for Debtors, certify that on July 2, 2019, I served a copy of the Debtor's Request for Status Conference and the Court's July 1, 2019, Order Scheduling a Status Conference Upon Ronda J. Winnecour, Chapter 13 Trustee and on Laurence Mester at **lmester@mesterschwartz.com** by electronic Court Notice.

Method of service: Electronic Court Notice.
Total number of parties served: 1
Number of pages sent per party: 4
Date executed: July 2, 2019

        ZEBLEY MEHALOV & WHITE, P.C.
        BY

        /s/ Daniel R. White
        Daniel R. White
            PA I.D. No. 78718
            P.O. Box 2123
            Uniontown, PA 15401
            724-439-9200
            dwhite@Zeblaw.com
            Attorney for Debtors