IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20353 CMB |
| Barry R. Henderson, | : | Chapter 13 |
| Debtor. | : | Document No. |
| Barry R. Henderson, | : | Related to Claim No. 3 |
| Movant, | : | |
| vs. | : | |
| Wilmington Savings Fund Society, FSB as Trustee of Stanwich Mortgage Loan Trust A and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| Respondents. | : | |

## ORDER

*AND NOW*, this __1st__ day of __July__, 2019, it is hereby **ORDERED, ADJUDGED AND DECREED** that a Status Conference to discuss issues with escrow account associated with his residential mortgage is scheduled for __July 24__, 2019, at 10:00 A.M. in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

By the Court,

FILED
7/1/19 9:17 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm                    dmr
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 15-20353-CMB
Barry R. Henderson                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Jul 01, 2019
                              Form ID: pdf900         Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 03, 2019.
db            +Barry R. Henderson,    535 Breakiron Road Extension,    Connellsville, PA 15425-6345
cr            +Wilmington Savings Fund Society, FSB, et al,    1600 South Douglass Road,
                Anaheim, CA 92806-5948
14704983      +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
                1600 South Douglass Road,    Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 1, 2019 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com,
               gianna@zeblaw.com;r63228@notify.bestcase.com
              James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
               Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
              Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com
              Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               lmester@mesterschwartz.com, jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
                                                                                             TOTAL: 8