**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | Case No. 15-20353 |
| BARRY R. HENDERSON, | |
| | Chapter 13 |
| Debtor | |
| | |
| CARRINGTON MORTGAGE SERVICES, LLC, SERVICING AGENT ON BEHALF OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST, | |
| | |
| Movant | |
| v. | |
| | |
| BARRY R. HENDERSON, RONDA J. WINNECOUR, Trustee | |
| Respondent | |

## NOTICE OF HEARING WITH RESPONSIVE DEADLINE ON MOTION FOR ORDER GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the motion no later than August 2, 2019, i.e., no less than seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on August 12, 2019 at 10:00 a.m. before The Honorable Judge Carlota M. Bohm in Court Room B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the request for an Order granting the request for subsitution of counsel sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Dated: July 16, 2019

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/*Keri P. Ebeck*
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8112
Fax - (412) 456-8135