## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                              : Case No. 15-20353
                                                    :
BARRY R. HENDERSON,                                 :
                                                    : Chapter 13
         Debtor                                     :
                                                    :
CARRINGTON MORTGAGE                                 :
SERVICES, LLC, SERVICING AGENT                      :
ON BEHALF OF WILMINGTON                             :
SAVINGS FUND SOCIETY, FSB, AS                       :
TRUSTEE OF STANWICH MORTGAGE                        :
LOAN TRUST A, ITS ASSIGNEES                         :
AND/OR SUCCESSORS IN INTEREST,                      :
                                                    :
         Movant                                     :
v.                                                  :
                                                    :
BARRY R. HENDERSON,                                 :
RONDA J. WINNECOUR, Trustee                         :
         Respondent                                 :
                                                    :
                                                    :

### CERTIFICATE OF SERVICE

I certify under penalty of perjury that I served the Motion for Order Granting Request For Substitution of Counsel and the Notice of Hearing with Response Deadline was served at the addresses specified below on July 16, 2019 to the following parties:

By First-Class Mail:

Barry R. Henderson
535 Breakiron Road Extension
Connellsville, PA 15425

Daniel R. White
Zebley Mehalov & White, P.C.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222


By Electronic notification:


Service by CM/ECF electronic notification on all parties registered to receive electronic notification.


BERNSTEIN-BURKLEY, P.C.


By: /s/ Keri P. Ebeck
Keri P. Ebeck
PA I.D. # 91298
kebeck@bernsteinlaw.com
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
412-456-8112
Fax: (412) 456-8120

Counsel for Duquesne Light Company