PROCEEDING MEMO

Date: 07/24/2019 10:00 am

In re: Barry R. Henderson

Bankruptcy No. 15-20353-CMB
Chapter: 13
Doc. # 68

Appearances: Winnecour / Pail / Katz / DeSimone, ~~Daniel R. White, Laurence Mester~~

Movant(s): Daniel White for the Debtor

Respondents:

Creditor(s): Keila Estevez

Nature of Proceeding: #68 Status Conference to Discuss Issues with Escrow Account Associated with Debtors Residential Mortgage

Additional Pleadings:

Judge's Notes:

Outcome:

Continued to September 11, 2019 at 10:00 a.m.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED _____ Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED _____ Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:   Movant(s) brief due _____ days
                             Respondent(s) brief due _____ days
                             Trustee's brief due _____ days

FILED
7/24/19 1:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20353-CMB
Barry R. Henderson                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dsaw              Page 1 of 1                Date Rcvd: Jul 24, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2019.
db              +Barry R. Henderson,    535 Breakiron Road Extension,    Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 24, 2019 at the address(es) listed below:
        Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
         Liability Company ecfmail@mwc-law.com
        Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com,
         gianna@zeblaw.com;r63228@notify.bestcase.com
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
         Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
        Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com
        Keri P. Ebeck    on behalf of Creditor    Carrington Mortgage Services, LLC, servicing agent on
         behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A,
         its assignees and/or successors in interest, kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
        Laurence A. Mester    on behalf of Creditor    Wilmington Savings Fund Society, FSB
         lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
                                                                                                       TOTAL: 9