IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BARRY R. HENDERSON,<br><br>                Debtor,<br><br>CARRINGTON MORTGAGE SERVICES, LLC, SERVICING AGENT ON BEHALF OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST<br>                Movant<br><br>     v.<br><br>BARRY R. HENDERSON,<br>RONDA J. WINNECOUR, Trustee<br>                Respondent | Bankruptcy No. 15-20353-CMB<br><br>Chapter 13<br><br>Related to Document Nos. 71 |

## CERTIFICATE OF NO OBJECTION OR RESPONSE

       The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Substitute Attorney, filed at Doc. No. 71 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Motion, Response Deadline and Hearing Date, objections to the motion were to be filed and served no later than August 2, 2019. It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

                                                      By: /s/ Keri P. Ebeck
                                                      Keri P. Ebeck, Esq.
                                                      PA I.D. #91298
                                                      kebeck@bernsteinlaw.com
                                                      Bernstein-Burkley, P.C.
                                                      707 Grant Street, Suite 2200, Gulf Tower
                                                      Pittsburgh, PA 15219
                                                      (412) 456-8112
                                                      Fax: (412) 456-8135

                                                                                Counsel for Carrington Mortgage Services, LLC, servicing agent on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest

Dated: August 5, 2019