**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION**

| | |
|---|---|
| In Re:<br><br>BARRY R. HENDERSON,<br><br>Debtor<br><br>CARRINGTON MORTGAGE SERVICES, LLC, SERVICING AGENT ON BEHALF OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A, ITS ASSIGNEES AND/OR SUCCESSORS IN INTEREST<br>Movant<br>v.<br><br>BARRY R. HENDERSON,<br>RONDA J. WINNECOUR, Trustee<br>Respondent | Case No. 15-20353<br><br>Chapter 13<br><br><br><br>Related to Doc. No. 71<br><br><br><br><br>**ENTERED BY DEFAULT** |

**ORDER GRANTING REQUEST FOR SUBSTITUTION OF COUNSEL**

AND NOW, this __7th__ day of _____August, 2019_____, based upon Carrington Mortgage Services, LLC, servicing agent on behalf of Secured Creditor Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A's Motion submitted and attached hereto, and for good cause shown, the Court makes its Order as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Motion for Order Granting Request for Substitution of Counsel in the above-entitled Bankruptcy proceeding is granted.

1

IT IS FURTHER ORDERED that the law firm of Bernstein and Burkley be substituted as attorneys of record in place and stead of the firm of Mester & Schwartz, P.C. in this case.

Dated: August 7, 2019

FILED
8/7/19 3:00 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm    dmr
Chief United States Bankruptcy Court Judge

2

Please send copies to:

Barry R. Henderson
535 Breakiron Road Extension
Connellsville, PA 15425
Debtor

Daniel R. White
Zebley Mehalov & White, p.c.
18 Mill Street Square
P.O. Box 2123
Uniontown, PA 15401
Attorney for Debtor

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Chapter 13 Trustee

U.S. Trustee
Office of the U.S. Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

Keri P. Ebeck
Bernstein and Burkley
707 Grant Street, Suite 2200
Pittsburgh, PA 15219
New Attorney for Secured Creditor

Laurence A. Mester, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107
Former Attorney for Secured Creditor

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
    Debtor

Case No. 15-20353-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala               Page 1 of 1         Date Rcvd: Aug 07, 2019
                       Form ID: pdf900           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 09, 2019.
db             +Barry R. Henderson,    535 Breakiron Road Extension,    Connellsville, PA 15425-6345
               +Laurence A. Mester, Esq.,    Mester & Schwartz, P.C.,    1333 Race Street,
                 Philadelphia, PA 19107-1556

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2019                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 7, 2019 at the address(es) listed below:
      Celine P. DerKrikorian    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com
      Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
      James Warmbrodt    on behalf of Creditor   Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
      Joseph A. Dessoye    on behalf of Creditor   CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com
      Keri P. Ebeck    on behalf of Creditor   Carrington Mortgage Services, LLC, servicing agent on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest, kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
      Keri P. Ebeck    on behalf of Creditor   Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A kebeck@bernsteinlaw.com,    jbluemle@bernsteinlaw.com
      Laurence A. Mester    on behalf of Creditor   Wilmington Savings Fund Society, FSB lmester@mesterschwartz.com,    jottinger@mesterschwartz.com;jschwartz@mesterschwartz.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas Song    on behalf of Creditor   Trifera, LLC pawb@fedphe.com
                                                                                                                          TOTAL: 10