UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20353 CMB |
| | : | |
| Barry R. Henderson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Barry R. Henderson, | : | Related to Claim No. 3 |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Wilmington Savings Fund Society, FSB as | : | |
| Trustee of Stanwich Mortgage Loan Trust A | : | |
| and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

### WITHDRAWAL OF DEBTOR'S REQUEST FOR STATUS CONFERENCE
### RE: MORTGAGE ESCROW ACCOUNT ISSUES

Kindly withdraw the Request for Status Conference in this matter. The respondent has paid the outstanding property taxes and produced proof of payment.

Dated: November 5, 2019

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Telephone (724) 439-9200
Email: dwhite@Zeblaw.com
Attorney for Debtor