**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

03/04/2020

IN RE:

BARRY R. HENDERSON
535 BREAKIRON ROAD EXTENSION
CONNELLSVILLE,  PA  15425
XXX-XX-6934          Debtor(s)

Case No.15-20353 CMB

Chapter 13

## AMENDED NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

3/4/2020

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number:1  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 0.00<br>COMMENT: CL3GOV W/PMT CHNGS*PMT/DECL*DKT4PMT-LMT*FR BAYVIEW LOAN-D24*FR BA | | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 5894 |
| **FAYETTE COUNTY CLERK OF COURTS**<br>FAYETTE COUNTY COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number:2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: $0~PIF PRIOR TO CASE/PL*CONFIRM PAYEE~COURT OF COMMON PLEAS~NO$~J | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: NO 1160 OF 2013 DSB |
| **COLUMBIA HOUSE++**<br>P.O. BOX 1130<br>TERRE HAUTE, IN 46237 | Trustee Claim Number:3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9005673706 |
| **FIRST NATIONAL BANK OF PA(\*)**<br>LOAN ADJUSTMENT DEPT*<br>4140 E STATE ST<br>HERMITAGE, PA 16148 | Trustee Claim Number:4  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: JDGMNT/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: NO 1914 OF 2004 DSB |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:5  INT %: 0.00%<br>Court Claim Number:1<br>CLAIM: 144.27<br>COMMENT: INSUFF POD*CHG OFF 3/13/14 | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4592 |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK 73124-8838 | Trustee Claim Number:6  INT %: 0.00%<br>Court Claim Number:2<br>CLAIM: 98.15<br>COMMENT: CHG OFF 10/14/2013*INSUFF POD | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4594 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number:7  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 43,707.59<br>COMMENT: C3 GOVS*$/CL-PL*FR BAYVIEW LOAN-DOC 24*FR BAYVIEW LOAN SERVICING-DOC | | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 5894 |
| **WILMINGTON SAVINGS FUND SOCIETY FSB - TF**<br>C/O CARRINGTON MORTGAGE SVCS LLC<br>PO BOX 3730<br>ANAHEIM, CA 92806 | Trustee Claim Number:8  INT %: 0.00%<br>Court Claim Number:3<br>CLAIM: 1,150.00<br>COMMENT: $/NTC-PL*NTC-POSTPET FEE/EXP*REF CL*W/7*FR BAYVIEW LOAN-DOC 24*FR BA | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 5894 |
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:9  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARRINGTON MORT/PRAE*DK | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **FAYETTE COUNTY TAX CLAIM BUR**<br>COURT HOUSE<br>61 E MAIN ST<br>UNIONTOWN, PA 15401 | Trustee Claim Number:10  INT %: 9.00%<br>Court Claim Number:4<br>CLAIM: 825.92<br>COMMENT: 0436012101*1651.34@9%/PL~2018*INT BGN 4/19/CONF*W/11*BAL@10 @ AMD CL | | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2101 |

| FAYETTE COUNTY TAX CLAIM BUR | Trustee Claim Number:11  INT %: 0.00% | CRED DESC: Post Petition Claim (1305) |
|---|---|---|
| COURT HOUSE | Court Claim Number:4-2 | ACCOUNT NO.: 2101 |
| 61 E MAIN ST | | |
| | CLAIM: 0.00 | |
| UNIONTOWN, PA  15401 | COMMENT: 0436012101*2017 REMOVED BY AMD CL~PD THRU ESCROW/WHITE | |

| FAYETTE COUNTY TAX CLAIM BUR | Trustee Claim Number:12  INT %: 9.00% | CRED DESC: Post Petition Claim (1305) |
|---|---|---|
| COURT HOUSE | Court Claim Number:4-2 | ACCOUNT NO.: 2101 |
| 61 E MAIN ST | | |
| | CLAIM: 909.07 | |
| UNIONTOWN, PA  15401 | COMMENT: BAL OF 2018(NET CLM)~W/10*ESCROW LAPSED/WHITE~DK*NT PROV/PL*BGN INT | |

CLAIM RECORDS
Case 15-20353-CMB    Doc 87    Filed 03/04/20    Entered 03/04/20 08:44:12    Desc
Page 4 of 4