IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BARRY R. HENDERSON | : | |
|     Debtor | : | Bk. No.  15-20353-CMB |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY, | : | Chapter No.  13 |
| FSB, AS TRUSTEE OF STANWICH | : | |
| MORTGAGE LOAN TRUST A | : | |
|     Movant | : | |
| v. | : | |
| | : | |
| BARRY R. HENDERSON | : | |
| JOAN L. HENDERSON (Non-Filing Co-Debtor) | : | |
| and | : | |
| RONDA J. WINNECOUR | : | |
| | : | |

**<u>NOTICE OF HEARING WITH RESPONSE DEADLINE ON MOTION OF WILMINGTON SAVINGS FUND SOCIETY, FSB, AS TRUSTEE OF STANWICH MORTGAGE LOAN TRUST A FOR ADEQUATE PROTECTION PURSUANT TO §361 OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362 AND CO-DEBTOR STAY PURSUANT TO §1301</u>**

**TO THE RESPONDENTS:**

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than May 5, 2020 (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding judge as found on the Court's webpage at www.pawb.uscourts.gov.  If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.  Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

A telephonic hearing will be held on May 12, 2020, at 10:00 a.m. before Judge Carlota M. Bohm. Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date. Parties or counsel of record who intend to participate in the hearing shall appear telephonically and shall make arrangements as directed by Judge Bohm's Modified Telephonic Procedures at http://www.pawb.uscourts.gov/procedures-1 at least 24 hours in advance.

Date of Service:  April 8, 2020

Date of Mailing or other service:  April 8, 2020

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com