IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| BARRY R. HENDERSON | : | BK. No. 15-20353-CMB |
| Debtor | : | |
| | : | Chapter No. 13 |
| WILMINGTON SAVINGS FUND SOCIETY, FSB, AS | : | |
| TRUSTEE OF STANWICH MORTGAGE LOAN | : | |
| TRUST A | : | Hearing Date: 05/12/2020 |
| Movant | : | |
| v. | : | Hearing Time: 10:00 a.m. |
| BARRY R. HENDERSON | : | |
| JOAN L. HENDERSON (Non-Filing Co-Debtor) | : | Objection Date: 05/05/2020 |
| and | : | |
| RONDA J. WINNECOUR | : | |
| Respondents | : | |

**CERTIFICATE OF SERVICE OF MOTION FOR ADEQUATE PROTECTION PURSUANT TO §361 OR, IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY PURSUANT TO §362 AND CO-DEBTOR STAY PURSUANT TO §1301**

I certify under penalty of perjury that I served or caused to be served the above captioned pleading Motion for Adequate Protection pursuant to §361 or, in the alternative, Relief from the Automatic Stay pursuant to §362 and Co-Debtor Stay pursuant to §1301 and the Notice of Hearing on the parties at the addresses shown below or on the attached list on 4/8/2020.

The types of service made on the parties were: Electronic Notification and First Class Mail.

| Service by Electronic Notification | Service by First Class Mail |
|---|---|
| RONDA J. WINNECOUR, ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER<br>600 GRANT STREET<br>PITTSBURGH, PA 15219<br>CMECF@CHAPTER13TRUSTEEWDPA.COM<br><br>DANIEL R. WHITE<br>ZEBLEY MEHALOV & WHITE, P.C.<br>18 MILL STREET SQUARE<br>P.O. BOX 2123<br>UNIONTOWN, PA 15401<br>ZMWCHAPTER13@GMAIL.COM<br><br>OFFICE OF THE UNITED STATES TRUSTEE<br>1001 LIBERTY AVENUE, SUITE 970<br>PITTSBURGH, PA 15222<br>USTP.REGION03@USDOJ.GOV | Barry R. Henderson<br>535 Breakiron Road Extension<br>Connellsville, PA 15425<br><br>JOAN L. HENDERSON<br>232 BAILIES RUN ROAD<br>CREIGHTON, PA 15030<br><br>RONDA J. WINNECOUR,<br>ESQUIRE (TRUSTEE)<br>SUITE 3250, USX TOWER, 600<br>GRANT STREET<br>PITTSBURGH, PA 15219 |

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."

/s/ Mario J. Hanyon, Esquire
Mario J. Hanyon, Esq., Id. No.203993
Phelan Hallinan Diamond & Jones, LLP
Omni William Penn Office Tower
555 Grant Street, Suite 300
Pittsburgh, PA 15219
Phone Number: 215-563-7000 Ext 31340
Fax Number: 215-568-7616
Email: mario.hanyon@phelanhallinan.com

4/8/2020