UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BARRY R HENDERSON | CASE NO: 15-20353 CMB<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 13<br>ECF Docket Reference No. 94 & 95<br>Hearing Date: June 3, 2020<br>Hearing Time: 10:00 a.m.<br>Response Date: May 14, 2020 |

On 4/27/2020, I did cause a copy of the following documents, described below,

Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 13 Case on Behalf of Daniel R. White and Zebley, Mehalov and White ECF Docket Reference No. 94 & 95

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 4/27/2020

/s/ Daniel R. White
Daniel R. White  78718
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401
724 439 9200

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  BARRY R HENDERSON | CASE NO: 15-20353 CMB |
| | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 13<br>ECF Docket Reference No. 94 & 95<br>Hearing Date: June 3, 2020<br>Hearing Time: 10:00 a.m.<br>Response Date: May 14, 2020 |

On 4/27/2020, a copy of the following documents, described below,

Summary Cover Sheet and Notice of Hearing on Professional Fees in Chapter 13 Case on Behalf of Daniel R. White and Zebley, Mehalov and White ECF Docket Reference No. 94 & 95

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 4/27/2020

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Daniel R. White
Zebley Mehalov & White, P.C.
P.O. Box 2123
Uniontown, PA  15401

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
03152
CASE 15-20353-CMB
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH
MON APR 27 12-19-12 EDT 2020

AMERICAN INFOSOURCE LP AS AGENT FOR
VERIZON
PO BOX 248838
OKLAHOMA CITY OK 73124-8838

BAYVIEW LOAN SERVICING
4425 PONCE DE LEON BOULEVARD5TH FLOOR
CORAL GABLES FL 33146-1873


BAYVIEW LOAN SERVICING LLC A DELAWARE
LIMI
4425 PONCE DE LEON BOULEVARD
CORAL GABLES FL 33146-1837

CLEARSPRING LOAN SERVICES INC
18451 N DALLAS PARKWAY
SUITE 100
DALLAS TX 75287-5209

COLUMBIA HOUSE DVD CLUB
PO BOX 91601
RANTOUL IL 61866-8601


CELINE P DERKRIKORIAN
MCCABE WEISBERG  CONWAY PC
123 SOUTH BROAD STREET
SUITE 1400
PHILADELPHIA PA 19109-1060

JOSEPH A DESSOYE
PHELAN HALLINAN DIAMOND   JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

KERI P EBECK
BERNSTEINBURKLEY
707 GRANT STREET
SUITE 2200 GULF TOWER
PITTSBURGH PA 15219-1945


FIRST NATIONAL BANK OF PA
4140 EAST STATE STREET
HERMITAGE PA 16148-3487

MARIO J HANYON
PHELAN HALLINAN DIAMOND   JONES LLP
OMNI WILLIAM PENN OFFICE TOWER
555 GRANT STREET SUITE 300
PITTSBURGH PA 15219-4408

EXCLUDE
BARRY R HENDERSON
535 BREAKIRON ROAD EXTENSION
CONNELLSVILLE PA 15425-6345


EXCLUDE
OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER
1001 LIBERTY AVENUE SUITE 970
PITTSBURGH PA 15222-3721

PENNSYLVANIA DEPT OF REVENUE
DEPARTMENT 280946
PO BOX 280946
ATTN- BANKRUPTCY DIVISION
HARRISBURG PA 17128-0946

PHELAN HALLINAN LLP
ONE PENN CENTER PLAZA  SUBURBAN
STATION
1617 JOHN F KENNEDY BLVD--SUITE 1400
PHILADELPHIA PA 19103-1814


THOMAS SONG
PHELAN HALLINAN DIAMOND   JONES LLP
1617 JFK BOULEVARD
SUITE 1400
PHILADELPHIA PA 19103-1814

TAX CLAIM BUREAU
61 EAST MAIN STREET
UNIONTOWN PA 15401-3514

TRIDENT ASSET MANAGEME
53 PERIMETER CTR E STE 4
ATLANTA GA 30346-2230


TRIFERA LLC
CO WEINSTEIN  RILEY PS
2001 WESTERN AVENUE SUITE 400
SEATTLE WA 98121-3132

VERIZON
ATTN BANKRUPTCY
500 TECHNOLOGY DRIVE
WELDON SPRING MO 63304-2225

JAMES WARMBRODT
KML LAW GROUP PC
701 MARKET STREET
SUITE 5000
PHILADELPHIA PA 19106-1541


EXCLUDE
DANIEL R WHITE
ZEBLEY MEHALOV  WHITE PC
10 MILL STREET SQUARE
PO BOX 2123
UNIONTOWN PA 15401-1723

WILMINGTON SAVINGS FUND SOCIETY FSB ET
AL
1600 SOUTH DOUGLASS ROAD
ANAHEIM CA 92806-5948

WILMINGTON SAVINGS FUND SOCIETY FSB ET
AL
CO CARRINGTON MORTGAGE SERVICES LLC
1600 SOUTH DOUGLASS ROAD
ANAHEIM CA 92806-5948


RONDA J WINNECOUR
SUITE 3250 USX TOWER
600 GRANT STREET
PITTSBURGH PA 15219-2702
```