Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | **BARRY R. HENDERSON** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Pennsylvania** |
| | (State) |
| Case Number: | **15-20353CMB** |

## Form 4100N
# Notice of Final Cure Payment                                      10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1:   Mortgage Information

**Name of creditor:**   WILMINGTON SAVINGS FUND SOCIETY FSB -

**Court claim no.**  (if known):
3

**Last 4 digits** of any number you use to identify the debtor's account    5   8   9   4

**Property Address:**        535 BREAKIRON RD EST
CONNELLSVILLE PA 15425

### Part 2:   Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a.  Allowed prepetition arrearage: | (a) $ | 43,707.59 |
| b.  Prepetition arrearage paid by the trustee : | (b) $ | 43,707.59 |
| c.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 1,150.00 |
| d.  Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 1,150.00 |
| e.  Allowed postpetition arrearage: | (e) $ | 0.00 |
| f.  Postpetition arrearage paid by the trustee : | + (f) $ | 0.00 |
| g.  **Total.** Add lines b, d, and f. | (g) $ | 44,857.59 |

### Part 3:   Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee .

Current monthly mortgage payment                                                    $        $412.90

The next postpetition payment is due on     5  /  1  / 2020
MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| Debtor 1 | **BARRY R. HENDERSON** | Case number *(if known)* | **15-20353CMB** |
| | Name | | |

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

**✗** /s/ Ronda J. Winnecour                                      Date    04/29/2020
Signature

| Trustee | Ronda J. Winnecour |
| Address | CHAPTER 13 TRUSTEE WD PA |
| | 600 GRANT STREET |
| | SUITE 3250 US STEEL TWR |
| | PITTSBURGH, PA  15219 |

Contact phone   (412) 471-5566                    Email   cmecf@chapter13trusteewdpa.com

| Debtor 1 | **BARRY R. HENDERSON** | Case number *(if known)* | **15-20353CMB** |
| | Name | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|------|---------|------|--------------|--------|
| **MORTGAGE ARR. (Part 2 (b))** | | | | |
| 09/28/2015 | 0959432 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 76.94 |
| 10/26/2015 | 0963310 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,058.35 |
| 11/24/2015 | 0967420 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,065.75 |
| 12/22/2015 | 0971527 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,064.79 |
| 01/26/2016 | 0975512 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,314.79 |
| 02/24/2016 | 0979522 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 448.79 |
| 03/28/2016 | 0983459 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 815.79 |
| 04/22/2016 | 0987784 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 815.79 |
| 05/24/2016 | 0994413 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 821.27 |
| 06/27/2016 | 1003189 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 464.00 |
| 07/26/2016 | 1007138 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 1,178.54 |
| 08/26/2016 | 1011178 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 821.27 |
| 09/27/2016 | 1015112 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 821.27 |
| 10/26/2016 | 1018811 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 821.27 |
| 11/21/2016 | 1022065 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 808.93 |
| 12/21/2016 | 1025397 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 455.00 |
| 01/27/2017 | 1028925 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 808.93 |
| 02/24/2017 | 1032285 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 811.93 |
| 03/28/2017 | 1035740 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 813.05 |
| 04/21/2017 | 1038971 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 813.05 |
| 05/25/2017 | 1040231 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 455.00 |
| 06/27/2017 | 1043597 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 455.00 |
| 07/25/2017 | 1046919 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 455.00 |
| 08/25/2017 | 1050251 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 455.00 |
| 09/26/2017 | 1053570 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 1,172.87 |
| 10/25/2017 | 1059321 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 444.25 |
| 11/21/2017 | 1062542 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 775.45 |
| 12/21/2017 | 1065902 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 436.60 |
| 01/25/2018 | 1069164 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 436.60 |
| 02/23/2018 | 1072330 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 436.60 |
| 03/28/2018 | 1075548 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 436.60 |
| 04/24/2018 | 1078766 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 775.45 |
| 05/25/2018 | 1082065 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 437.56 |
| 06/22/2018 | 1085168 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 437.56 |
| 07/26/2018 | 1088416 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 914.29 |
| 08/28/2018 | 1091633 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 955.11 |
| 09/25/2018 | 1094755 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 516.53 |
| 10/29/2018 | 1098018 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 516.53 |
| 11/27/2018 | 1101106 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 511.75 |
| 12/21/2018 | 1104225 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,330.31 |
| 01/25/2019 | 1107521 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,330.31 |
| 02/25/2019 | 1110745 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,421.26 |
| 03/25/2019 | 1114027 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 511.75 |
| 08/27/2019 | 1131123 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 304.62 |
| 09/24/2019 | 1134344 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 872.15 |
| 10/24/2019 | 1137763 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 871.33 |
| 11/25/2019 | 1141237 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 454.52 |
| 12/23/2019 | 1144609 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 933.29 |
| 01/28/2020 | 1148086 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 892.52 |
| 02/25/2020 | 1151630 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 1,653.13 |
| 03/23/2020 | 1155091 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 6,009.15 |
| | | | | 43,707.59 |
| **Post Petition Claim (1305) (Part 2 (d))** | | | | |
| 12/23/2019 | 1144609 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 750.32 |
| 01/28/2020 | 1148086 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 41.70 |
| 02/25/2020 | 1151630 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 77.23 |
| 03/23/2020 | 1155091 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 280.75 |
| | | | | 1,150.00 |
| **MORTGAGE REGULAR PAYMENT (Part 3)** | | | | |
| 05/26/2015 | 0943359 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 2,054.54 |
| 06/23/2015 | 0947375 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,029.09 |

| Debtor 1 | **BARRY R. HENDERSON** | | Case number *(if known)* | **15-20353CMB** |
|---|---|---|---|---|
| | Name | | | |

## Disbursement History

| Date | Check # | Name | Posting Type | Amount |
|---|---|---|---|---|
| **MORTGAGE REGULAR PAYMENT (Part 3) Continued...** | | | | |
| 07/28/2015 | 0951332 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,036.57 |
| 08/26/2015 | 0955443 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 1,036.57 |
| 09/28/2015 | 0959432 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 963.23 |
| 02/24/2016 | 0979522 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 866.00 |
| 03/28/2016 | 0983459 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 04/22/2016 | 0987784 | BAYVIEW LOAN SERVICING LLC** | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 05/24/2016 | 0994413 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 06/27/2016 | 1003189 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 07/26/2016 | 1007138 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 08/26/2016 | 1011178 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 09/27/2016 | 1015112 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 10/26/2016 | 1018811 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 11/21/2016 | 1022065 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 12/21/2016 | 1025397 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 01/27/2017 | 1028925 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 02/24/2017 | 1032285 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 03/28/2017 | 1035740 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 04/21/2017 | 1038971 | TRIFERA LLC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 05/25/2017 | 1040231 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 06/27/2017 | 1043597 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 07/25/2017 | 1046919 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 08/25/2017 | 1050251 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 09/26/2017 | 1053570 | CLEARSPRING LOAN SERVICES INC | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 10/25/2017 | 1059321 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 11/21/2017 | 1062542 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 12/21/2017 | 1065902 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 01/25/2018 | 1069164 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 02/23/2018 | 1072330 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 03/28/2018 | 1075548 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 04/24/2018 | 1078766 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 05/25/2018 | 1082065 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 06/22/2018 | 1085168 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 499.00 |
| 08/28/2018 | 1091633 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 667.36 |
| 09/25/2018 | 1094755 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 10/29/2018 | 1098018 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 11/27/2018 | 1101106 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 12/21/2018 | 1104225 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 01/25/2019 | 1107521 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 02/25/2019 | 1110745 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 03/25/2019 | 1114027 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 04/26/2019 | 1117385 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 05/24/2019 | 1120775 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 416.34 |
| 06/25/2019 | 1124167 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 07/29/2019 | 1127642 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 08/27/2019 | 1131123 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 09/24/2019 | 1134344 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 10/24/2019 | 1137763 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 11/25/2019 | 1141237 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 12/23/2019 | 1144609 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 01/28/2020 | 1148086 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 02/25/2020 | 1151630 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| 03/23/2020 | 1155091 | WILMINGTON SAVINGS FUND SOCIETY FS | AMOUNTS DISBURSED TO CREDITOR | 412.90 |
| | | | | 29,501.42 |

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of Notice of Final Cure Payment upon the following, by regular United States mail, postage prepaid, addressed as follows:

BARRY R. HENDERSON
535 BREAKIRON ROAD EXTENSION
CONNELLSVILLE, PA  15425

DANIEL R WHITE ESQ
ZEBLEY MEHALOV & WHITE PC
POB 2123*
UNIONTOWN, PA  15401

WILMINGTON SAVINGS FUND SOCIETY FSB - TRUSTEE STANWICH MTG LOAN TRUST A
C/O CARRINGTON MORTGAGE SVCS LLC
PO BOX 3730
ANAHEIM, CA  92806

KERI P EBECK ESQ
BERNSTEIN-BURKLEY
707 GRANT STREET
SUITE 2200 GULF TOWER
PITTSBURGH, PA  15219


4/29/20                                    /s/ Roberta Saunier
                                           _____
                                           Administrative Assistant
                                           Office of the Chapter 13 Trustee