File No.: 2729-002

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
5/18/20 3:49 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20353 CMB |
| | : | |
| Barry R. Henderson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. _ |
| | : | Related to Doc. No. 94 |
| Daniel R. White and Zebley, Mehalov & White, | : | Hearing Date: June 3, 2020, at 10:00 a.m. |
| | : | |
| Applicants, | : | Responses due by: May 14, 2020 |
| | : | |
| vs. | : | **ENTERED BY DEFAULT** |
| | : | |
| No Respondents. | : | |

FINAL ORDER FOR FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

And now, this ___18th___ day of _____May_____, 2020, the Application of Daniel R. White and Zebley Mehalov & White for final Compensation and Reimbursement of Expenses as Counsel for the Debtor is approved for the total amount of $ 10,923.82 for services rendered on behalf of the Debtor for the period from December 22, 2014, through April 21, 2020, which represents $10,130.00, in attorney fees and $793.82 in costs. The fee/cost balance of $6,423.82, remains and shall be paid by the Chapter 13 Trustee.

Any fee balance approved by this Order, beyond the amounts approved in prior confirmed plans, shall be paid after and shall not reduce any monies due to creditors under the confirmed plan including the distribution to unsecured creditors up to the plan base. To the extent that funds have been paid by or on behalf of the Debtor beyond the plan base, the Chapter 13 Trustee is authorized to increase the plan base to be used solely to pay the attorney fees and costs approved by this Order.

If the Chapter 13 Trustee does not have sufficient funds to pay the balance in full, Counsel for the Debtor has agreed to be paid from monies already paid by or on behalf of the Debtor to the Trustee and allow the case to be closed without requiring additional payments by the Debtor. Any amount due to Debtor's Counsel beyond what is distributed by the Trustee, is expressly waived by Debtor's Counsel and will not be collected from Debtor either through the plan or outside of the Bankruptcy Case.

Additional fees may be paid through the Chapter 13 plan provided that debtor(s) amend the plan within 14 days after the application for fees is allowed to increase the plan payment sufficiently to include those fees. The fees must be paid from debtor(s) resources without decreasing the percentage or amount to be paid to other creditors through the plan.

Order prepared by Daniel R. White

By the Court,

*Carlota M. Böhm*    dmr

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
    Debtor

Case No. 15-20353-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: May 18, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2020.  
db          +Barry R. Henderson,   535 Breakiron Road Extension,   Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2020 at the address(es) listed below:

           Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
           Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
           James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
           Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com  
           Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com  
           Keri P. Ebeck    on behalf of Creditor    Carrington Mortgage Services, LLC, servicing agent on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest, kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com  
           Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com  
           Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com  
                                                                                                                                                  TOTAL: 11