**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Barry R. Henderson**
Debtor(s)

Bankruptcy Case No.: 15−20353−CMB
Related to Doc. No. 104
Chapter: 13
Docket No.: 105 − 104

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 28th of May, 2020, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 7/13/20.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **8/5/20 at 10:00 AM in Telephone Conference** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **7/13/20.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 15-20353-CMB
Barry R. Henderson                                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: dric              Page 1 of 2                Date Rcvd: May 28, 2020
                            Form ID: 408            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db          +Barry R. Henderson,    535 Breakiron Road Extension,   Connellsville, PA 15425-6345
cr          +Wilmington Savings Fund Society, FSB, et al,    1600 South Douglass Road,
              Anaheim, CA 92806-5948
14035804    +Bayview Loan Servicing, LLC, a Delaware Limited Li,   4425 Ponce de Leon Boulevard,
              Coral Gables, FL 33146-1837
13990751     Columbia House DVD Club,    P.O. Box 91601,   Rantoul, IL 61866-8601
13990752     First National Bank of PA,    4140 East State Street,   Hermitage, PA 16148-3487
13990753     Phelan Hallinan, LLP,    One Penn Center Plaza @ Suburban Station,
              1617 John F. Kennedy Blvd.--Suite 1400,   Philadelphia, PA 19103-1814
15081750    +Tax Claim Bureau,    61 East Main Street,   Uniontown, PA 15401-3514
14704983    +Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
              1600 South Douglass Road,   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14019492     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 05:06:42
              American InfoSource LP as agent for,   Verizon,   PO Box 248838,
              Oklahoma City, OK   73124-8838
13990750    +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 29 2020 04:55:35
              Bayview Loan Servicing,    4425 Ponce De Leon Boulevard--5th Floor,
              Coral Gables, FL 33146-1873
14223843    +E-mail/Text: bncmail@w-legal.com May 29 2020 04:55:18     Trifera, LLC,
              c/o Weinstein & Riley, P.S.,    2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
13990755    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 29 2020 04:54:15
              Verizon,   Attn: Bankruptcy,    500 Technology Drive,   Weldon Spring, MO 63304-2225
14704983    +E-mail/Text: BKBCNMAIL@carringtonms.com May 29 2020 04:54:22
              Wilmington Savings Fund Society, FSB, et al,    c/o Carrington Mortgage Services, LLC,
              1600 South Douglass Road,   Anaheim, CA 92806-5948
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Bayview Loan Servicing, LLC, a Delaware Limited Li
cr           Carrington Mortgage Services, LLC, servicing agent
cr           Wilmington Savings Fund Society FSB as trustee of
cr           Wilmington Savings Fund Society, FSB
cr*         +CLEARSPRING LOAN SERVICES, INC.,   18451 N. DALLAS PARKWAY,   SUITE 100,
              DALLAS, TX 75287-5209
cr*         +Trifera, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,
              Seattle, WA 98121-3132
14519832    ##+CLEARSPRING LOAN SERVICES, INC.,   18451 N. DALLAS PARKWAY, SUITE 100,   DALLAS, TX 75287-5209
13990754    ##+Trident Asset Manageme,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2230
                                                                                   TOTALS: 4, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 28, 2020 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

```
District/off: 0315-2          User: dric                  Page 2 of 2                  Date Rcvd: May 28, 2020
                              Form ID: 408                Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          James   Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
           Stanwich Mortgage Loan Trust A pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Carrington Mortgage Services, LLC, servicing agent on
           behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A,
           its assignees and/or successors in interest, kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
           Stanwich Mortgage Loan Trust A kebeck@bernsteinlaw.com,   jbluemle@bernsteinlaw.com
          Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
           Stanwich Mortgage Loan Trust A pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas   Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
                                                                                TOTAL: 11