**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>BARRY R. HENDERSON<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>Movant<br>vs.<br>No Respondents. | Case No.:15-20353<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 02/04/2015 and confirmed on 3/5/15. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 87,339.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 87,339.00 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 7,277.32 | |
|   Trustee Fee | 3,599.74 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,877.06 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY I<br>    Acct: 5894 | 0.00 | 29,501.42 | 0.00 | 29,501.42 |
|   WILMINGTON SAVINGS FUND SOCIETY I<br>    Acct: 5894 | 43,707.59 | 43,707.59 | 0.00 | 43,707.59 |
|   FAYETTE COUNTY CLERK OF COURTS<br>    Acct: XXXXXXXXXXXXXXX DSB | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 73,209.01 |
| **Priority** | | | | |
|   DANIEL R WHITE ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BARRY R. HENDERSON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ZEBLEY MEHALOV & WHITE PC<br>    Acct: | 3,000.00 | 3,000.00 | 0.00 | 0.00 |
|   ZEBLEY MEHALOV & WHITE PC<br>    Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXX1-20 | 4,277.32 | 4,277.32 | 0.00 | 0.00 |
|   WILMINGTON SAVINGS FUND SOCIETY I<br>    Acct: 5894 | 1,150.00 | 1,150.00 | 0.00 | 1,150.00 |
|   FAYETTE COUNTY TAX CLAIM BUR<br>    Acct: 2101 | 825.92 | 825.92 | 144.01 | 969.93 |
|   FAYETTE COUNTY TAX CLAIM BUR<br>    Acct: 2101 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FAYETTE COUNTY TAX CLAIM BUR<br>    Acct: 2101 | 890.58 | 890.58 | 0.00 | 890.58 |
| | | | | 3,010.51 |
| **Unsecured** | | | | |
|   COLUMBIA HOUSE++<br>    Acct: XXXXXX3706 | 0.00 | 0.00 | 0.00 | 0.00 |
|   FIRST NATIONAL BANK OF PA(*)<br>    Acct: XXXXXXXXXXXXXX DSB | 0.00 | 0.00 | 0.00 | 0.00 |
|   AMERICAN INFOSOURCE LP AGENT FOF<br>    Acct: 4592 | 144.27 | 144.27 | 0.00 | 144.27 |
|   AMERICAN INFOSOURCE LP AGENT FOF | 98.15 | 98.15 | 0.00 | 98.15 |

15-20353 Page 2 of 2

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 4594 | | | | |
| BERNSTEIN-BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 242.42 |

| | |
|---|---:|
| TOTAL PAID TO CREDITORS | 76,461.94 |

TOTAL
CLAIMED         2,866.50
PRIORITY       43,707.59
SECURED           242.42

Date: 05/26/2020

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　BARRY R. HENDERSON<br><br>　　　　　Debtor(s)<br><br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:15-20353<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　AND NOW, this _____day of _____, 20\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20353-CMB
Barry R. Henderson                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 2              Date Rcvd: May 28, 2020
                             Form ID: pdf900         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2020.
db           +Barry R. Henderson,   535 Breakiron Road Extension,   Connellsville, PA 15425-6345
cr           +Wilmington Savings Fund Society, FSB, et al,   1600 South Douglass Road,
               Anaheim, CA 92806-5948
14035804     +Bayview Loan Servicing, LLC, a Delaware Limited Li,   4425 Ponce de Leon Boulevard,
               Coral Gables, FL 33146-1837
13990751      Columbia House DVD Club,   P.O. Box 91601,   Rantoul, IL 61866-8601
13990752      First National Bank of PA,   4140 East State Street,   Hermitage, PA 16148-3487
13990753      Phelan Hallinan, LLP,   One Penn Center Plaza @ Suburban Station,
               1617 John F. Kennedy Blvd.--Suite 1400,   Philadelphia, PA 19103-1814
15081750     +Tax Claim Bureau,   61 East Main Street,   Uniontown, PA 15401-3514
14704983     +Wilmington Savings Fund Society, FSB, et al,   c/o Carrington Mortgage Services, LLC,
               1600 South Douglass Road,   Anaheim, CA 92806-5948

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14019492      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 29 2020 05:06:42
               American InfoSource LP as agent for,   Verizon,   PO Box 248838,
               Oklahoma City, OK   73124-8838
13990750     +E-mail/Text: bkmailbayview@bayviewloanservicing.com May 29 2020 04:55:35
               Bayview Loan Servicing,   4425 Ponce De Leon Boulevard--5th Floor,
               Coral Gables, FL 33146-1873
14223843     +E-mail/Text: bncmail@w-legal.com May 29 2020 04:55:18    Trifera, LLC,
               c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,   Seattle, WA 98121-3132
13990755     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 29 2020 04:54:15
               Verizon,   Attn: Bankruptcy,   500 Technology Drive,   Weldon Spring, MO 63304-2225
14704983     +E-mail/Text: BKBCNMAIL@carringtonms.com May 29 2020 04:54:21
               Wilmington Savings Fund Society, FSB, et al,   c/o Carrington Mortgage Services, LLC,
               1600 South Douglass Road,   Anaheim, CA 92806-5948
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Bayview Loan Servicing, LLC, a Delaware Limited Li
cr            Carrington Mortgage Services, LLC, servicing agent
cr            Wilmington Savings Fund Society FSB as trustee of
cr            Wilmington Savings Fund Society, FSB
cr*          +CLEARSPRING LOAN SERVICES, INC.,   18451 N. DALLAS PARKWAY,   SUITE 100,
               DALLAS, TX 75287-5209
cr*          +Trifera, LLC,   c/o Weinstein & Riley, P.S.,   2001 Western Avenue, Suite 400,
               Seattle, WA 98121-3132
14519832     ##+CLEARSPRING LOAN SERVICES, INC.,   18451 N. DALLAS PARKWAY, SUITE 100,   DALLAS, TX 75287-5209
13990754     ##+Trident Asset Manageme,   53 Perimeter Ctr E Ste 4,   Atlanta, GA 30346-2230
                                                                                     TOTALS: 4, * 2, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2020                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 26, 2020 at the address(es) listed below:
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com,
               gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

```
District/off: 0315-2           User: dric                 Page 2 of 2              Date Rcvd: May 28, 2020
                               Form ID: pdf900            Total Noticed: 12
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com

        Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com

        Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com

        Keri P. Ebeck    on behalf of Creditor    Carrington Mortgage Services, LLC, servicing agent on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest, kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

        Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

        Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com

        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov

        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com

        Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com

        TOTAL: 11