UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Case No. 15-20353 CMB |
| | : | |
| Barry R. Henderson, | : | Chapter 13 |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| Barry R. Henderson, | : | Related to Claim No. 3-1 |
| | : | |
| Movant, | : | Hearing Date and Time: August 5, 2020, |
| | : | at 10:00 a.m. |
| vs. | : | |
| | : | |
| Carrington Mortgage Services, LLC and Ronda J. Winnecour, Chapter 13 Trustee, | : | |
| | : | |
| Respondents. | : | |

### CERTIFICATION OF NO OBJECTION TO OBJECTION TO NOTICE OF MORTGAGE PAYMENT CHANGE OF CARRINGTON MORTGAGE SERVICES, LLC

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Notice of Mortgage Payment Change of Carrington Mortgage Services, LLC filed on June 30, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading appears thereon. Pursuant to the Court's Order, objections to Debtor's objection were to be filed and served no later than July 17, 2020.

It is hereby respectfully requested that the Order attached to the Objection to Notice of Mortgage Payment Change be entered by the Court.

Dated: July 20, 2020

ZEBLEY MEHALOV & WHITE, P.C.

/s/ Daniel R. White
Daniel R. White
Pa. I.D. No. 78718
P.O. Box 2123
Uniontown, PA 15401
Email: dwhite@Zeblaw.com
Telephone  (724) 439-9200
Attorneys for Debtor