# PROCEEDING MEMO

**Date: 08/05/2020 10:00 am**

**In re:   Barry R. Henderson**

**Bankruptcy No. 15-20353-CMB**
**Chapter: 13**
**Doc. # 104**

**Telephonic Appearances:  Winnecour, White, Ebeck, Song**

**Nature of Proceeding: #104 Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**

**Additional Pleadings:  #86 Financial Management Course Certificate;  #88 Certification of Discharge Eligibility**

**Judge's Notes:**

- Two matters set for hearing today, the Objection to Notice of Mortgage Payment Change and Trustee's Motion for Discharge. Both matters are continued to 9/9/20 at 10am.
- If a consent order is filed on the Objection to Notice of Mortgage Payment Change, then likely will grant it and then Court can enter order on Motion for Discharge.

FILED
8/5/20 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota M. Böhm**
**Chief U.S. Bankruptcy Judge**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
    Debtor

Case No. 15-20353-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dsaw     Page 1 of 1     Date Rcvd: Aug 05, 2020  
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2020.  
db           +Barry R. Henderson,   535 Breakiron Road Extension,   Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                         TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2020 at the address(es) listed below:

           Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
           Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
           James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
           Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com  
           Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com  
           Keri P. Ebeck    on behalf of Creditor    Carrington Mortgage Services, LLC, servicing agent on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest, kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com  
           Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com  
           Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com  
                                                                                                                          TOTAL: 11