# PROCEEDING MEMO

**Date: 09/09/2020 10:00 am**

**In re:    Barry R. Henderson**

**Bankruptcy No. 15-20353-CMB**
**Chapter: 13**
**Doc. # 104**

**Telephonic Appearances:  Ronda Winnecour, Daniel R. White, Thomas Song**

**Nature of Proceeding: #104 Chapter 13 Trustee's Continued Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**

**Additional Pleadings:  #86 Financial Management Course Certificate;  #88 Certification of Discharge Eligibility (all filed previously)**

**Judge's Notes:**
 White:
 -there have been conversations with opposing counsel on this issue
 -this case is now in month 67 to resolve these matters

 Song:
 -atty. white & myself have discussed negotiations
 -asking the court for an opportunity to resolve this

 Trustee
 -we'd like to see this resolved
 -we'd like for a representative of the creditor to be present at the next hearing

 Court
 -continued to 10/7/20 at 10:00

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**

 FILED
 9/10/20 7:44 am
 CLERK
 U.S. BANKRUPTCY
 COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20353-CMB
Barry R. Henderson                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1              Date Rcvd: Sep 10, 2020
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 12, 2020.
db            +Barry R. Henderson,   535 Breakiron Road Extension,   Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                           TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 10, 2020 at the address(es) listed below:
          Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
           Liability Company ecfmail@mwc-law.com
          Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com,
           gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com
          James  Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
           Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
           Stanwich Mortgage Loan Trust A pawb@fedphe.com
          Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com
          Keri P. Ebeck    on behalf of Creditor    Carrington Mortgage Services, LLC, servicing agent on
           behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A,
           its assignees and/or successors in interest, kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
          Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
           Stanwich Mortgage Loan Trust A kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com
          Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of
           Stanwich Mortgage Loan Trust A pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com
                                                                           TOTAL: 11