# PROCEEDING MEMO

**Date: 09/09/2020 10:00 am**

**In re:    Barry R. Henderson**

                                                   **Bankruptcy No. 15-20353-CMB**
                                                   **Chapter: 13**
                                                   **Doc. # 108**

**Telephonic Appearances:**  ==Ronda Winnecour, Daniel R. White,  Thomas Song==

**Nature of Proceeding: #108 Continued Objection to Notice of Mortgage Payment Change**

**Additional Pleadings:  #110 CNO (filed previously)**

**Judge's Notes:**

White:
-there have been conversations with opposing counsel on this issue
-this case is now in month 67 to resolve these matters

Song:
-atty. white & myself have discussed negotiations
-asking the court for an opportunity to resolve this

Trustee
-we'd like to see this resolved
-we'd like for a representative of the creditor to be present at the next hearing

Court
-continued to 10/7/20 at 10:00

                                                 **Carlota Böhm**
FILED                                     **Chief U.S. Bankruptcy Judge**
9/10/20 7:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Barry R. Henderson  
    Debtor

Case No. 15-20353-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dric     Page 1 of 1     Date Rcvd: Sep 10, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2020.
db          +Barry R. Henderson,   535 Breakiron Road Extension,   Connellsville, PA 15425-6345

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2020                                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2020 at the address(es) listed below:

            Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com  
            Daniel R. White    on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com, gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com  
            James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bkgroup@kmllawgroup.com  
            Jerome B. Blank    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com  
            Joseph A. Dessoye    on behalf of Creditor    CLEARSPRING LOAN SERVICES, INC. pawb@fedphe.com  
            Keri P. Ebeck    on behalf of Creditor    Carrington Mortgage Services, LLC, servicing agent on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest, kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com  
            Keri P. Ebeck    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A kebeck@bernsteinlaw.com,  jbluemle@bernsteinlaw.com  
            Mario J. Hanyon    on behalf of Creditor    Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com  
            Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
            Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
            Thomas Song    on behalf of Creditor    Trifera, LLC pawb@fedphe.com  
                                                                                                                              TOTAL: 11