# PROCEEDING MEMO

**Date: 10/07/2020 10:00 AM**
**In re:   Barry R. Henderson**

                                              **Bankruptcy No. 15-20353-CMB**
                                              **Chapter: 13**
                                              **Doc. # 104**

**Telephonic Appearances:**  Ronda J. Winnecour, Daniel R. White, Thomas Song

**Nature of Proceeding:** #104 Chapter 13 Trustee's Continued Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements

**Additional Pleadings:** #86 Financial Management Course Certificate;  #88 Certification of Discharge Eligibility (all filed previously)

**Judge's Notes:**
  - After the order (to be submitted today by Attorney White) regarding the notice of mortgage payment change is entered, then the order granting the Trustee's motion at Doc. No. 104 will be entered.

FILED
10/7/20 12:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Carlota Böhm**
**Chief U.S. Bankruptcy Judge**