# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BARRY R. HENDERSON

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:15-20353

Chapter 13

Document No.: 104

## ORDER OF COURT

AND NOW, this **7th** day of **October**, 20**20**, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

FILED
10/7/20 4:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief United States Bankruptcy Court Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 15-20353-CMB

Barry R. Henderson     Chapter 13

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 2
Date Rcvd: Oct 07, 2020     Form ID: pdf900     Total Noticed: 13

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 09, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barry R. Henderson, 535 Breakiron Road Extension, Connellsville, PA 15425-6345 |
| cr | + | Wilmington Savings Fund Society, FSB, et al, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 14035804 | + | Bayview Loan Servicing, LLC, a Delaware Limited Li, 4425 Ponce de Leon Boulevard, Coral Gables, FL 33146-1837 |
| 13990751 | | Columbia House DVD Club, P.O. Box 91601, Rantoul, IL 61866-8601 |
| 13990752 | | First National Bank of PA, 4140 East State Street, Hermitage, PA 16148-3487 |
| 13990753 | | Phelan Hallinan, LLP, One Penn Center Plaza @ Suburban Station, 1617 John F. Kennedy Blvd.--Suite 1400, Philadelphia, PA 19103-1814 |
| 15081750 | + | Tax Claim Bureau, 61 East Main Street, Uniontown, PA 15401-3514 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14019492 | | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2020 02:50:15 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13990750 | + | Email/Text: bkmailbayview@bayviewloanservicing.com | Oct 08 2020 01:50:00 | Bayview Loan Servicing, 4425 Ponce De Leon Boulevard--5th Floor, Coral Gables, FL 33146-1873 |
| 14223843 | + | Email/Text: bncmail@w-legal.com | Oct 08 2020 01:50:00 | Trifera, LLC, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 15293839 | + | Email/Text: bknotices@snsc.com | Oct 08 2020 01:50:00 | U.S. Bank Trust National Association, as, Trustee of the Lodge Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 13990755 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 08 2020 01:47:00 | Verizon, Attn: Bankruptcy, 500 Technology Drive, Weldon Spring, MO 63304-2225 |
| 14704983 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 08 2020 01:47:00 | Wilmington Savings Fund Society, FSB, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Carrington Mortgage Services, LLC, servicing agent |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | | Wilmington Savings Fund Society FSB as trustee of |

Case 15-20353-CMB    Doc 131    Filed 10/09/20    Entered 10/10/20 01:47:54    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: aala | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 07, 2020 | Form ID: pdf900 | Total Noticed: 13 |

| | | |
|---|---|---|
| cr | | Wilmington Savings Fund Society, FSB |
| cr | *+ | CLEARSPRING LOAN SERVICES, INC., 18451 N. DALLAS PARKWAY, SUITE 100, DALLAS, TX 75287-5209 |
| cr | *+ | Trifera, LLC, c/o Weinstein & Riley, P.S., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14519832 | ##+ | CLEARSPRING LOAN SERVICES, INC., 18451 N. DALLAS PARKWAY, SUITE 100, DALLAS, TX 75287-5209 |
| 13990754 | ##+ | Trident Asset Manageme, 53 Perimeter Ctr E Ste 4, Atlanta, GA 30346-2230 |

TOTAL: 5 Undeliverable, 2 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 09, 2020         Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 7, 2020 at the address(es) listed below:

**Name**     **Email Address**

Brian Nicholas
on behalf of Creditor Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com

Celine P. DerKrikorian
on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com

Daniel R. White
on behalf of Debtor Barry R. Henderson zmwchapter13@gmail.com
gianna@zeblaw.com;sheila@zeblaw.com;r63228@notify.bestcase.com

Jerome B. Blank
on behalf of Creditor Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com

Joseph A. Dessoye
on behalf of Creditor CLEARSPRING LOAN SERVICES  INC. pawb@fedphe.com

Keri P. Ebeck
on behalf of Creditor Carrington Mortgage Services  LLC, servicing agent on behalf of Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A, its assignees and/or successors in interest, kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com

Keri P. Ebeck
on behalf of Creditor Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Mario J. Hanyon
on behalf of Creditor Wilmington Savings Fund Society FSB as trustee of Stanwich Mortgage Loan Trust A pawb@fedphe.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Thomas Song
on behalf of Creditor Trifera  LLC pawb@fedphe.com

TOTAL: 11